# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

HENRY NORRIS WILLIAMS AND
BETTY WILLIAMS

NO.  2019 CW 1104

VERSUS

THE DOW CHEMICAL COMPANY, ET
AL

**AUGUST 21, 2019**

---

In Re:    ExxonMobil Corporation, applying for supervisory
          writs, 18th Judicial District Court, Parish of
          Iberville, No. 74597.

---

**BEFORE:  WHIPPLE, C.J., McCLENDON, HIGGINBOTHAM, PENZATO, AND
LANIER, JJ.**

          **STAY DENIED; WRIT DENIED.**  The criteria set forth in
**Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia,
Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**VGW**
**PMc**
**TMH**


          **Penzato and Lanier, JJ.**, concur in part and dissent in
part.  We concur in the denial of the stay.  However, we dissent
and would grant the writ in part and reverse the ruling of the
trial court which denied defendant's motion in limine seeking to
introduce plaintiffs' pleadings as to Dow Chemical Company.  A
judicial confession is an express acknowledgment of an adverse
fact.  **Dean v. State Farm Mutual Automobile Ins. Co.**, 51,243
(La. App. 2d Cir. 4/5/17), 217 So.3d 611.  Defendant, ExxonMobil
Corporation, should be allowed, subject to any other evidentiary
limitations, to introduce plaintiffs' pleadings and/or to
utilize same in examination of witnesses, to the extent such
pleadings constitute an express acknowledgement of an adverse
fact.  The jury can be properly instructed as to the appropriate
burden of proof to be borne by the respective parties.


COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
   FOR THE COURT